IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PEGGY BUNCH                                                                                           PLAINTIFF

V.                                          NO. 3:06CV00053 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration[1]                                                                       DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered dismissing this case, with prejudice.  The relief sought is DENIED.

IT IS SO ADJUDGED this 13th day of September, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007. Therefore, he has been substituted for Jo Anne B. Barnhart pursuant to Fed.R.Civ.P 25(d)(1).